**No. 46759.**—Protests 993275–G, etc., of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that 45 percent of the Ultravon K. C. (Prep. 6051 Conc. Pat.) consists of merchandise subject to a tax of 3 cents per pound under section 701 and that 55 percent consists of merchandise not covered by any of the provisions of the internal revenue laws.   In accordance therewith the court held that the merchandise is dutiable at 4⅕₀₀ of 3 cents per pound on the entire weight in accordance with the provisions of section 701. The protests were sustained accordingly.

**No. 46760.**— Protests 997240–G, etc., of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that 34 percent of the Ultravon W C Pat. is subject to tax.   In accordance therewith it was held that the merchandise in question is dutiable at $^{34}/_{100}$ of 3 cents per pound on the entire weight under section 701 as claimed.

**No. 46761.**—Protests 977583–G/88345, etc., of American Machine & Metals, Inc. (Chicago).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of hardness testing machines and parts thereof, the same in all material respects as those the subject of *United States* v. *American Machine & Metals, Inc.* (29 C. C. P. A. 137, C. A. D. 183).   In accordance therewith the merchandise was held dutiable at 20 percent under paragraph 353 as modified by the trade agreement with Switzerland (T. D. 48093) as claimed.

**No. 46762.**—Protest 65293–K of Rohner, Gehrig & Co., Inc. (New York).

Opinion by OLIVER, P. J.   An examination of the official papers failed to disclose any reason for disturbing the action of the collector, which was held presumptively correct.   The protest was therefore overruled.